STATE OF NEW JERSEY v. THOMAS MOTSIOS.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. KONSTANTINOS MARGARITIS.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN BOONE.

November 27, 1973. Petition for certification granted. (See 125 *N. J. Super.* 112)

STATE OF NEW JERSEY v. JOHN BOONE.

November 27, 1973. Cross-petition for certification denied. (See 125 *N. J. Super.* 112)

STATE OF NEW JERSEY v. AUGUSTO P. MASTRAPA.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. SYLVESTER CLAYTON ROOTS.

November 27, 1973. Petition for certification denied.